MICHELE BECKWITH
Acting United States Attorney
CODY S. CHAPPLE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:25-CR-00015-KES-BAM |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME; ORDER** |
| ROSA VENTURA, CLAUDIA GONZALES, | |
| Defendants. | |

The parties stipulate as follows:

1. The grand jury filed a three count indictment on January 30, 2025, charging the defendants with conspiracy to kidnap, kidnapping, and kidnapping involving a child in violation of 18 U.S.C. § 1201. The defendants were arraigned on February 5, 2025. They were detained and remain in custody. The Court scheduled a status conference on April 23, 2025, and excluded time.

2. On February 11, 2025, the government produced initial discovery.

3. Now, the parties agreed to continue the status conference from April 23, 2025, to June 11, 2025, to further provide defendants with reasonable time necessary for effective preparation, so that the defendants can review the discovery, and for defendants to consider a pre-trial resolution of the case.

4. The parties agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. The parties also agree that the period

from April 23, 2025, through June 11, 2025, should be excluded. Fed. R. Crim. P. 17.1; 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS SO STIPULATED.

Dated: April 15, 2025                                MICHELE BECKWITH
                                                     United States Attorney

                                                     */s/ Cody Chapple*
                                                     Cody Chapple
                                                     Assistant United States Attorney


Dated: April 15, 2025                                */s/ Miles A. Harris*
                                                     Miles A. Harris, Esq.
                                                     Counsel for ROSA VENTURA


Dated: April 15, 2025                                */s/ Brian C. Andritch*
                                                     Brian C. Andritch
                                                     Law Office of Brian C. Andritch
                                                     Counsel for CLAUDIA GONZALES

**ORDER**

The Court has read and considered the parties' stipulation to further continue the status conference and exclude time. The Court finds there is good cause for the continuance so as to allow the defendant reasonable time to complete his review of the discovery and fully consider a pre-trial resolution of the case. The Court also finds that the interests of justice served by granting the continuance outweigh the interests of the public and the defendant in a speedy trial.

Therefore, for good cause shown:

1. The status conference is continued from April 23, 2025, until **June 11, 2025, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**; and

2. The period from April 23, 2025, through June 11, 2025, shall be excluded pursuant to Fed. R. Crim. P. 17.1; 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated: **April 16, 2025**              /s/ Barbara A. McAuliffe
                                        UNITED STATES MAGISTRATE JUDGE