MICHELE BECKWITH
Acting United States Attorney
CODY S. CHAPPLE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:25-CR-00015-KES-BAM |
| Plaintiff, | |
| v. | **STIPULATION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME; AND ORDER** |
| ROSA VENTURA, CLAUDIA GONZALES, | |
| Defendants. | |

The parties stipulate as follows:

1. The grand jury filed a three count indictment on January 30, 2025, charging the defendants with conspiracy to kidnap, kidnapping, and kidnapping involving a child in violation of 18 U.S.C. § 1201. The defendants were arraigned on February 5, 2025. They were detained and remain in custody. Presently, a status conference is set on June 11, 2025, with time excluded.

2. On February 11, 2025, the government produced initial discovery.

3. Now, the parties agreed to continue the status conference from June 11, 2025, to August 27, 2025, to further provide defendants with reasonable time necessary for effective preparation, so that the defendants can review the discovery, and for defendants to consider a pre-trial resolution of the case.

4. The parties agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. The parties also agree that the period

1

from June 11, 2025, through August 27, 2025, should be excluded. Fed. R. Crim. P. 17.1; 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS SO STIPULATED.

Dated: June 4, 2025                              MICHELE BECKWITH
                                                 United States Attorney


                                                 */s/ Cody Chapple*
                                                 Cody Chapple
                                                 Assistant United States Attorney


Dated: June 4, 2025                              */s/ Miles A. Harris*
                                                 Miles A. Harris, Esq.
                                                 Counsel for ROSA VENTURA


Dated: June 4, 2025                              */s/ Brian C. Andritch*
                                                 Brian C. Andritch
                                                 Law Office of Brian C. Andritch
                                                 Counsel for CLAUDIA GONZALES

2

# **ORDER**

The Court has read and considered the parties' stipulation to further continue the status conference and exclude time. The Court finds there is good cause for the continuance so as to allow the defendant reasonable time to complete his review of the discovery and fully consider a pre-trial resolution of the case. The Court also finds that the interests of justice served by granting the continuance outweigh the interests of the public and the defendant in a speedy trial.

Therefore, for good cause shown:

1. The status conference is continued from June 11, 2025, until **August 27, 2025, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**; and

2. The period from June 11, 2025, through August 27, 2025, shall be excluded pursuant to Fed. R. Crim. P. 17.1; 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated:   **June 5, 2025**                    /s/ Barbara A. McAuliffe
                                                                UNITED STATES MAGISTRATE JUDGE