1  ERIC GRANT
   United States Attorney
2  CODY S. CHAPPLE
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile:  (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                       EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA, | CASE NO. 1:25-CR-00015-KES-BAM

12 |         Plaintiff,

13 |     v.                    | **STIPULATION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME; AND ORDER**

14 | ROSA VENTURA, and
   | CLAUDIA GONZALES,
15
   |         Defendants.
16

17

18         The parties stipulate as follows:

19         1.      The grand jury filed a three count indictment on January 30, 2025, charging the defendants

20 with conspiracy to kidnap, kidnapping, and kidnapping involving a child in violation of 18 U.S.C.

21 § 1201. The defendants were arraigned on February 5, 2025. They were detained and remain in custody.

22 Presently, a status conference is set on June 11, 2025, with time excluded.

23         2.      On February 11, 2025, the government produced initial discovery.

24         3.      On June 10, 2025, the Government extended plea offers to the defendants. The parties are

25 still discussing a pre-trial resolution.

26         4.      Now, the parties agreed to continue the status conference from August 27, 2025, to

27 November 12, 2025, to further provide defendants with reasonable time necessary for effective

28 preparation, so that the defendants can review the discovery, and for defendants to consider a pre-trial

resolution of the case. The parties understand that they will appear at the next status conference to set this case for trial if no resolution has been made by then.

     5.     The parties agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. The parties also agree that the period from August 27, 2025, through November 12, 2025, should be excluded. Fed. R. Crim. P. 17.1; 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

     IT IS SO STIPULATED.

| | |
|---|---|
| Dated: August 21, 2025 | ERIC GRANT<br>United States Attorney |
| | */s/ Cody Chapple*<br>Cody Chapple<br>Assistant United States Attorney |
| Dated: August 21, 2025 | */s/ Miles A. Harris*<br>Miles A. Harris, Esq.<br>Counsel for ROSA VENTURA |
| Dated: August 21, 2025 | */s/ Brian C. Andritch*<br>Brian C. Andritch<br>Law Office of Brian C. Andritch<br>Counsel for CLAUDIA GONZALES |

2

# ORDER

The Court has read and considered the parties' stipulation to further continue the status conference and exclude time. The Court finds there is good cause for the continuance so as to allow the defendant reasonable time to complete his review of the discovery and fully consider a pre-trial resolution of the case. The Court also finds that the interests of justice served by granting the continuance outweigh the interests of the public and the defendant in a speedy trial.

Therefore, for good cause shown:

1. The status conference is continued from August 27, 2025, until **November 12, 2025, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**; and

2. The period from August 27, 2025, through November 12, 2025, shall be excluded pursuant to Fed. R. Crim. P. 17.1; 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated:   **August 22, 2025**            /s/ Barbara A. McAuliffe
                                         UNITED STATES MAGISTRATE JUDGE