ERIC GRANT
United States Attorney
CODY S. CHAPPLE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>ROSA VENTURA, and<br>CLAUDIA GONZALES,<br><br>  Defendants. | CASE NO. 1:25-CR-00015-KES-BAM<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME; AND ORDER** |

The parties stipulate as follows:

1. The grand jury filed a three count indictment on January 30, 2025, charging the defendants with conspiracy to kidnap, kidnapping, and kidnapping involving a child in violation of 18 U.S.C. § 1201. The defendants were arraigned on February 5, 2025. They were detained and remain in custody. Presently, a status conference is set on November 12, 2025, with time excluded.

2. On February 11, 2025, the government produced initial discovery.

3. On June 10, 2025, the Government extended plea offers to the defendants. The parties are still discussing a pre-trial resolution.

4. Now, the parties agreed to a short continuance of the status conference from November 12, 2025, to January 14, 2026, to further provide defendants with reasonable time necessary for effective preparation, so that the defendants can review the discovery, and for defendants to consider a pre-trial

resolution of the case. The parties understand that they will appear at the next status conference to set this case for trial if no resolution has been made by then.

5. The parties agree that they will be prepared to set this for trial by the January 14, 2026, status conference.

6. The parties agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. The parties also agree that the period from November 12, 2025, through January 14, 2026, should be excluded. Fed. R. Crim. P. 17.1; 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS SO STIPULATED.

Dated: November 6, 2025                        ERIC GRANT
                                               United States Attorney


                                               */s/ Cody Chapple*
                                               Cody Chapple
                                               Assistant United States Attorney


Dated: November 6, 2025                        */s/ Miles A. Harris*
                                               Miles A. Harris, Esq.
                                               Counsel for ROSA VENTURA


Dated: November 6, 2025                        */s/ Brian C. Andritch*
                                               Brian C. Andritch
                                               Law Office of Brian C. Andritch
                                               Counsel for CLAUDIA GONZALES

**ORDER**

The Court has read and considered the parties' stipulation to further continue the status conference and exclude time. The Court finds there is good cause for the continuance so as to allow the defendant reasonable time to complete his review of the discovery and fully consider a pre-trial resolution of the case. The Court also finds that the interests of justice served by granting the continuance outweigh the interests of the public and the defendant in a speedy trial.

Therefore, for good cause shown:

1. The status conference is continued from November 12, 2025, until **January 14, 2026, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**; and

2. The period from November 12, 2025, through January 14, 2026, shall be excluded pursuant to Fed. R. Crim. P. 17.1; 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated:   **November 7, 2025**          /s/ Barbara A. McAuliffe
                                       UNITED STATES MAGISTRATE JUDGE